THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD L. DAVIS, JR., Appellant. [869 NYS2d 825]

Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Green, JJ.